IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of<br><br>**CERTAIN VIDEOGAME CONSOLES, ROUTERS AND GATEWAYS, AND COMPONENTS THEREOF** | Misc. No. _____<br><br>**MOTION FOR ISSUANCE OF AN ORDER/COMMISSION FOR DEPOSITIONS IN JAPAN** |

Case: 1:25-mc-00099
Assigned To : Reyes, Ana C.
Assign. Date : 06/11/2025
Description: Misc. Case

### AX WIRELESS LLC'S UNOPPOSED MOTION FOR THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA TO ISSUE AN ORDER/COMMISSION REQUIRING DEPOSITIONS OF EMPLOYEES OF <u>SONY INTERACTIVE ENTERTAINMENT INC. IN TOKYO JAPAN</u>

AX Wireless LLC ("AXW"), the Complainant in *Certain Videogame Consoles, Routers, and Gateways and Components Thereof*, Inv. No. 337-TA-1445 before International Trade Commission Administrative Law Judge Doris Johnson Hines, hereby applies to this Court to issue the attached Order directed to any Consul or Vice Consul of the United States of America at Tokyo, Japan, to enable any consular officer at the United States Embassy in Japan to permit the taking of the voluntary depositions of the following witnesses for Sony Interactive Entertainment Inc. ("Sony"), a Respondent in the above investigation: Kenji Inose and Kazushige Machiyama. As described in the memorandum of points and authorities attached, Administrative Law Judge Hines has signed an order recommending that the District Court for the District of Columbia issue such an order. Also, the above-named individuals are appearing voluntarily for the taking of their depositions. Counsel for Sony, Sony Interactive Entertainment America, Inc., Vantiva S.A., and Vantiva America Inc., the respondents in the above-captioned investigation, as well as the Office of Unfair Import Investigation, have indicated that they do not oppose the motion.

In order to comply with Japanese Embassy requirements and statutory limitations on ITC investigations, AXW respectfully requests that the Court assign a Judge, and if needed, schedule

1


**RECEIVED**
JUN 11 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

an expedited hearing for filing of this order.

Dated: June 11, 2025                    Respectfully submitted,

*/s/ Christopher May*
Christopher L. May (DC Bar No. 485622)
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
T: 302.449.9010

*Attorney for Complainant
AX Wireless, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of June, 2025, a true and complete copy of the foregoing Complainant AX Wireless, LLC's Unopposed Motion for the District Court of the District of Columbia to Issue an Order/Commission Requiring Depositions of Employees of Sony Interactive Entertainment Inc. In Tokyo Japan was served by electronic mail on the following:

The Honorable Doris Johnson Hines
Administrative Law Judge
U.S. International Trade Commission
500 E Street, S.W., Room 317
Washington, D.C. 20436
JohnsonHines1445@usitc.gov


John Shin
Investigative Attorney
Office of Unfair Import Investigations
U.S. International Trade Commission
500 E Street, S.W., Suite 401
Washington, D.C. 20436
john.shin@usitc.gov

Adam Kessel
FISH & RICHARDSON P.C.
One Marina Park Drive, Suite 1700
Boston, MA, 02210
ServiceSony-AXWirelessITC@fr.com

Aarti Shah
Kilpatrick Townsend & Stockton LLP
701 Pennsylvania Avenue, NW, Suite 200
Washington, DC 20004
Vantiva-AXW@ktslaw.com



/s/ Lauren Mostrom

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of<br><br>**CERTAIN VIDEOGAME CONSOLES, ROUTERS AND GATEWAYS, AND COMPONENTS THEREOF** | **Misc. No. _____**<br><br>**MOTION FOR ISSUANCE OF AN ORDER/COMMISSION FOR DEPOSITIONS IN JAPAN** |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
AX WIRELESS LLC'S UNOPPOSED MOTION FOR THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF COLUMBIA TO ISSUE AN
ORDER/COMMISSION REQUIRING DEPOSITIONS OF EMPLOYEES OF
SONY INTERACTIVE ENTERTAINMENT INC. IN TOKYO JAPAN**

AX Wireless LLC ("AXW"), the Complainant in *Certain Videogame Consoles, Routers, and Gateways and Components Thereof*, Inv. No. 337-TA-1445 before International Trade Commission ("ITC") Administrative Law Judge Doris Johnson Hines, hereby submits this memorandum in support of its unopposed motion for an order from this Court directed to any Consul or Vice Consul at the United States of America at Tokyo, Japan, to enable any consular officer at any United States Consulate or Embassy in Japan to permit the taking of the voluntary depositions of the individuals/representatives in Japan in the above-referenced investigation.

**I.    STATEMENT OF FACTS**

Pursuant to Section 210.28 of the ITC's Rules of Practice and Procedure (19 C.F.R. 210.28), Federal Rules of Civil Procedure 30(b)(1) and 30(b)(6) and the Ground Rules set forth in Order No. 6 in the above-referenced investigation, AXW issued deposition notices to Respondent Sony Interactive Entertainment, Inc. ("Sony").  AXW understands that the following witnesses voluntarily consented to their deposition regarding this investigation during the period on or about July 19, 2025 through August 29, 2025: Kenji Inose and Kazushige Machiyama of Sony Interactive Entertainment Inc.  Accordingly, AXW has reserved rooms at the United States

Embassy in Tokyo, Japan from July 19, 2025 on, so that AXW can conduct the deposition of Sony's individuals/representatives on or around that time period.

On June 9, 2025, the Honorable Doris Johnson Hines, an Administrative Law Judge presiding over the proceedings before the ITC, issued a recommendation to the District Court for the District of Columbia to issue an order/commission for the taking of voluntary depositions of the above-named individuals in Japan (attached hereto as Ex. A).

## II.     STATEMENT OF POINTS AND AUTHORITIES

The proposed order permits a Consul of the United States to allow for the taking and transcribing of various depositions by Complainant AXW of Respondent Sony at the United States Embassy in Tokyo, Japan.  The proposed order solicits deposition testimony from the following individuals, who have volunteered to offer testimony in Japan in response to the deposition notices or regarding this investigation: Kenji Inose and Kazushige Machiyama of Sony Interactive Entertainment Inc.  The requested order is required because Article 17 of the Japan-United States Consular Convention only authorizes American Consular Officers to take depositions in Japan, "on behalf of the courts or other judicial tribunals or authorities of the sending state (United States), voluntarily given, in accordance with the laws of the receiving state (Japan)."  This general reference to the authority of the consular officers to take depositions has been interpreted by the Government of Japan very strictly.  See https://travel.state.gov/content/travel/en/legal/Judicial-Assistance-Country-Information/Japan.html (attached hereto as Ex. B).  Japanese law and practice, and the mutually agreed upon interpretation of the Japan-United States Consular Convention regarding obtaining evidence in Japan permits the deposition of a willing witness for use in court in the United States only (1) pursuant to commission (Fed. R. Civ. P. Rule 28(b)(2)) to take the deposition issued by

a court to any Consul or Vice-Consul of the United States at Tokyo, Japan or (2) on notice, provided an order issued by a court in the United States specifically authorizes a United States Consular Officer to take the deposition on notice. *See id.*

There is precedent for the signing of such an order by the United States District Courts to facilitate the taking of depositions in agency actions. *See In the Matter of Certain Probe Card Assemblies, Components Thereof and Certain Tested DRAM and NAND Flash Memory Devices and Products Containing Same*, Misc. No. 08-MC-266-TFH (May 9, 2008) (attached hereto as Ex. C); *In the Matter of Certain Automotive Multimedia Display and Navigation Systems, Components Thereof, and Products Containing Same*, Misc. No. 08-729-RBW (Nov. 19, 2008) (attached hereto as Ex. D).

### III. CONCLUSION

For the foregoing reasons, AXW respectfully requests that the Court assign a Judge to this matter, and if needed, schedule a hearing to expedite the issuance of the above-described order, so that the parties may comply with procedural schedule in this investigation and to have the necessary time to obtain deposition visas to conduct the referenced depositions at the Consulate in Japan.

A proposed Order is attached.

Dated: June 11, 2025                               Respectfully submitted,

                                                   /s/ Christopher May
                                                   Christopher L. May (DC Bar No. 485622)
                                                   DEVLIN LAW FIRM LLC
                                                   1526 Gilpin Avenue
                                                   Wilmington, DE 19806
                                                   T: 302.449.9010

                                                   *Attorney for Complainant*
                                                   *AX Wireless, LLC*