# EXHIBIT A

**UNITED STATES INTERNATIONAL TRADE COMMISSION**

Washington, D.C.

| | |
|---|---|
| In the Matter of<br><br>**CERTAIN VIDEO GAME CONSOLES, ROUTERS AND GATEWAYS, AND COMPONENTS THEREOF** | Inv. No. 337-TA-1445 |

**ORDER NO. 10:   GRANTING COMPLAINANT'S MOTION SEEKING A RECOMMENDATION TO ISSUE A LETTER ROGATORY TO OBTAIN EVIDENCE IN JAPAN**

(June 9, 2025)

Complainant AX Wireless LLC moves for a recommendation to the United States District Court for the District of Columbia to issue a Letter Rogatory to obtain depositions, in Japan, of Kenji Inose and Kazushige Machiyama, who AX Wireless says are employees of Respondent Sony Interactive Entertainment Inc. Motion Docket No. 1445-004 (EDIS Doc. ID 853061). The motion is unopposed. *Id.* at 1, n.1 and 2.

The testimony AX Wireless seeks appears to be related to several issues in this investigation. According to AX Wireless, Sony has identified Messrs. Inose and Machiyama as "corporate designees" that "possess information relevant to this investigation," and AX Wireless attaches its deposition notice to Sony under Federal Rule of Civil Procedure 30(b)(6), which lists thirty-six deposition topics spanning, among other things, the development, manufacturing, importation, marketing, circuitry, and source code of the products accused of infringing the patents AX Wireless asserts in this investigation, as well as Sony's patent-unenforceability and -invalidity defenses. *Id.* at 2, Ex. B, and Ex. C at 1. AX Wireless says "Sony … has declined to make [the requested deponents] available in the United States." *Id.* at 2.

Under the Federal Rules of Civil Procedure and the All Writs Act, United States District Courts are authorized to transmit Letters Rogatory to the Department of State or to the appropriate foreign tribunal, officer, or agency. *See* Fed. R. Civ. P. 4(f) and 28 U.S.C. §§ 1651 and 1781. Administrative law judges may issue a recommendation to the United States District Court for the District of Columbia to issue such letters. *See* 19 C.F.R. § 210.32(a)(3) and *Certain Wireless Audio Systems and Components Thereof*, Inv. No. 337-TA-1071, Order No. 6 (Oct. 5, 2017) (EDIS Doc. ID 624890). A Letter Rogatory is an appropriate method for seeking discovery from Japan, which is not a party to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters. *See Certain Wireless Audio Systems*, Inv. No. 337-TA-1071, Order No. 6 at 2.

There being no opposition and for good cause shown, Motion 1445-004 is GRANTED. A recommendation to the United States District Court for the District of Columbia is attached as Exhibit A.

**SO ORDERED.**

_____
Doris Johnson Hines
Administrative Law Judge

# EXHIBIT A

UNITED STATES INTERNATIONAL TRADE COMMISSION

Washington, D.C.

| | |
|---|---|
| In the Matter of<br><br>**CERTAIN VIDEO GAME CONSOLES, ROUTERS AND GATEWAYS, AND COMPONENTS THEREOF** | Inv. No. 337-TA-1445 |

**RECOMMENDATION TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA TO ISSUE A LETTER ROGATORY TO OBTAIN EVIDENCE FROM KENJI INOSE AND KAZUSHIGE MACHIYAMA**

(June 9, 2025)

The undersigned Administrative Law Judge finds that the testimony that Complainant AX Wireless LLC seeks from Kenji Inose and Kazushige Machiyama in its proposed Letter Rogatory is reasonably necessary to investigate fully at least the infringement, enforceability, and validity of United States Patent Nos. 10,917,272, 11,646,927, 11,777,776, and 12,063,134, each of which AX Wireless asserts against Respondent Sony Interactive Entertainment Inc.—the alleged employer of Messrs. Inose and Machiyama—under section 337 of the Tariff Act of 1930, as amended, 19 U.S.C. § 1337, in the above-captioned investigation before the United States International Trade Commission. Accordingly, the undersigned recommends that the United States District Court for the District of Columbia issue, under its seal and signature, the attached Letter Rogatory to the appropriate judicial authority of Japan.

A Letter Rogatory is the appropriate method of gathering the necessary requested evidence outside the United States. AX Wireless must transmit the Letter Rogatory with a District Court Judge's signature and the District Court's seal to the United States Embassy in Tokyo, Japan. The proposed Letter Rogatory meets the standards set forth by the U.S. Department of State. *See* U.S.

Dep't of State, Preparation of Letters Rogatory, *available at* https://travel.state.gov/content/travel/en/legal/travel-legal-considerations/internl-judicial-asst/obtaining-evidence/Preparation-Letters-Rogatory.html (last visited June 9, 2025); Judicial Assistance Country Information—Japan, *available at* https://travel.state.gov/content/travel/en/legal/Judicial-Assistance-Country-Information/Japan.html (last visited June 9, 2025).

To comply with the statutory time limitations on International Trade Commission investigations, the undersigned respectfully requests that the Court assign a judge and schedule a hearing to expedite issuance of the Letter Rogatory.

Respectfully submitted,

Doris Johnson Hines
Administrative Law Judge

Address for Return of Issued Letter Rogatory

Christopher May
Devlin Law Firm LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Tel: 302-449-9010
cmay@devlinlawfirm.com