# EXHIBIT C

**FILED**

MAY 09 2008

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In the Matter of ) <br> ) <br> CERTAIN PROBE CARD ASSEMBLIES, ) <br> COMPONENTS THEREOF AND ) <br> CERTAIN TESTED DRAM AND NAND ) <br> FLASH MEMORY DEVICES AND ) <br> PRODUCTS CONTAINING THE SAME ) <br> ) <br> ) | Misc. Action No. 08-MC-266-TFH <br><br> ORDER/COMMISSION FOR DEPOSITIONS TO BE TAKEN IN JAPAN <br><br> DEPONENT: MICRONICS JAPAN CO, LTD. |

TO **ANY CONSUL OR VICE CONSUL OF THE UNITED STATES**

UNITED STATES CONSULATE IN OSAKA

UPON THE APPLICATION OF COMPLAINANT FORMFACTOR, INC., AND PURSUANT TO ARTICLE 17 OF THE UNITED STATES - JAPAN CONSULAR CONVENTION,

IT IS ORDERED THAT THE DEPOSITIONS ON NOTICE OF THE FOLLOWING VOLUNTEERING WITNESSES BE TAKEN AT THE UNITED STATES CONSULATE IN OSAKA, JAPAN

Mr. Takahiro Igarashi
**MICRONICS JAPAN CO., LTD.**
2-6-8 Kichijoji Hon-cho
Musashino-shi, Tokyo 180-8508
Japan
+81 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
+81 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

COMMENCING ON OR ABOUT **JUNE 18, 2008, 8:30am** AND TERMINATING ON OR ABOUT **JUNE 19, 5:00pm**, AND TO MARK ANY DOCUMENTARY EXHIBITS IN CONNECTION THEREWITH.

COUNSEL FOR RESPONDENTS WHO WILL PARTICIPATE IN SAID DEPOSITIONS ARE JOHN EDWARD GIUST, MICHAEL HENRY BUNIS, TAMARA DARLENE FRAIZER, SHAHAM KAMERON PARVIN, AND EDWARD ALEXANDER EATON-SALNERS. RESPONDENTS WILL ALSO BRING AS TRANSLATORS SAMUEL JARED TAYLOR AND WILLIAM LISE.

COUNSEL FOR COMPLAINANTS WHO WILL PARTICIPATE IN SAID DEPOSITIONS ARE MARK GERARD DAVIS, RONALD JOHN PABIS,



KHASHAYAR STEPHEN SHAHIDA, BUREDEN JONES WARREN, AMALIE MARGARET CLEARY WEBER, ANISH ROHIT DESAI, HANKIL DANIEL KANG AND JOHN EDWARD TURNER. BRUCE HOLCOMBE, YUJI YOKOYAMA, AND YOKO AZUMA DE GROOT WILL ACT AS TRANSLATORS FOR COMPLAINANTS.

THE PROCEEDINGS WILL BE REPORTED BY AMERICAN REALTIME COURT REPORTERS. LEGAL VIDEO ASIA WILL BE THE VIDEOGRAPHER. PLEASE CAUSE THE TESTIMONY OF SAID WITNESSES TO BE RECORDED BY VIDEO, REDUCED TO WRITING, AND THE DEPOSITIONS SIGNED BY SAID WITNESSES, AND ANNEX SAID DEPOSITION TESTIMONY TO YOUR COMMISSION AND CLOSE THE SAME UNDER YOUR SEAL AND MAKE RETURN THEREOF TO THIS COURT WITH ALL CONVENIENT SPEED.

WITNESS, the Honorable _Thomas F. Hogan_, United States Judge of the United States District Court, District of Columbia, this _8_ day of _May_, 2008.

_____
Honorable
United States Judge
United States Distirct Court
District of Columbia
333 Constitution Ave., NW
Washington, DC 20001
USA

I hereby certify that the signature above is that of the Hon. _____, United States Judge of the United States District Court of the District of Columbia.

_____, Clerk of the Court

By: _____

Deputy Clerk: _____

Seal:

WDC99 1562687-1.074442.0012

2