**EXHIBIT D**

FILED
NOV 1 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF<br><br>CERTAIN AUTOMOTIVE MULTIMEDIA DISPLAY AND NAVIGATION SYSTEMS, COMPONENTS THEREOF, AND PRODUCTS CONTAINING SAME | Misc. Action No. 08-729 RBW<br><br>ORDER/COMMISSION FOR DEPOSITIONS TO BE TAKEN IN JAPAN<br><br>DEPONENT: DENSO CORPORATION |

TO:  ANY CONSUL OR VICE CONSUL OF THE UNITED STATES OF AMERICA AT OSAKA-KOBE, JAPAN

Upon the application of Complainant Honeywell International Inc. ("Honeywell"), in *Certain Automotive Multimedia Display and Navigation Systems, Components Thereof, and Products Containing Same*, Inv. No. 337-TA-657, before the U.S. International Trade Commission ("ITC"), and pursuant to Article 17 of the United States – Japan Consular Convention,

**IT IS ORDERED THAT** the depositions on notice of the following volunteering witnesses be taken at the U.S. Consulate General in Osaka-Kobe, Japan commencing on or about December 4, 2008, at 9:00 a.m. and terminating on or about December 5, 2008, at 5:00 p.m., and that any documentary exhibits in connection therewith be marked:

> Kunihiro Ishikawa
> Yoshinari Torii
> **DENSO CORPORATION**
> 1-1, Showa-cho
> Kariya,
> Aichi 448-8661, Japan

Counsel for Respondent DENSO CORPORATION who will participate in said depositions are Robert J. Lenihan, Gregory A. Stobbs, David Utykanski, Shigeumi Okumura, Michiyuki Nishimura, and Yasuhisa Kojima.

Counsel for Honeywell who will participate in said depositions are J. Scott Culpepper and Trevor Foster.

Bill Lise and Yasuko Kawakami will act as interpreters.

The proceedings will be recorded by Stirewalt & Associates, court reporter and videographers. Please cause the testimony of said witnesses to be recorded by video and reduced to writing; the depositions to be signed by said witnesses; said deposition testimony to be annexed to your Commission and closed under your seal; and the return of these materials to this Court with all convenient speed.

WITNESS, the Honorable _Reggie B. Walton_, United States Judge of the United States District Court, District of Columbia, this _19th_ day of _November_, 2008.

_____
Honorable
United States Judge
United States District Court
District of Columbia
333 Constitution Ave, N.W.
Washington, D.C. DC 20001
United States of America

I hereby certify that the signature above is that of the Honorable _____,
United States Judge of the United States District Court of the District of Columbia.
_____ Clerk of the Court
By: _____
Deputy Clerk: _____
Seal:

GPS701208

2